# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America<br>Plaintiff<br><br><br><br>Willie B. Robinson III<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No: 23 CR 553<br><br>Judge: Maria Valdez |

## ORDER

Initial appearance held on 10/18/23 as to Defendant Willie B. Robinson III. AUSA Anne Yonover appeared on behalf of the Government. Attorney Pravin Rao appeared on behalf of the defendant. Defendant appears in response to the arrest on 10/17/23. Defendant was advised of his rights. Defendant was advised of the charges pending against him and the maximum penalties. The Government makes an oral motion to detain the defendant under 18 USC 3142(f)(1)(C). Detention hearing is set for 10/20/23 at 1:30 p.m. in Courtroom 1743. Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, the court, with both the prosecutor and defense counsel present, confirms the government's obligation to disclose favorable evidence to the accused under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and orders it to do so. Favorable evidence under *Brady* need have only some weight and includes both exculpatory and impeaching evidence. Failure to produce such evidence in a timely manner may result in sanctions, including, but not limited to, adverse jury instructions, dismissal of charges, and contempt proceedings. The defendant is to remain in federal custody.

(T:00:15)

Date: October 18, 2023

Magistrate Judge Maria Valdez