UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WILLIE B. ROBINSON III | Case No. 23 CR 553<br><br>Hon. Maria Valdez |

**GOVERNMENT'S MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE**

The UNITED STATES OF AMERICA, by its attorney, MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, respectfully moves this Court for a dismissal without prejudice of the Criminal Complaint, R. 1, in the above-captioned case as to defendant WILLIE B. ROBINSON III, pursuant to Fed. R. Crim. P. 48(a).

Respectfully submitted,

*/s/ Anne L. Yonover*
ANNE L. YONOVER
Assistant U.S. Attorney
219 South Dearborn Street, Rm. 500
Chicago, Illinois 60604
(312) 886-2038

Dated: November 14, 2023